UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

YOLANDA BROWN                                                                               PLAINTIFF

v.                                                          CIVIL ACTION NO. 3:20-CV-75-KHJ-JCG

KILOLO KIJAKAZI, Acting
Commissioner of Social Security                                                        DEFENDANT

ORDER

The Court, having reviewed Plaintiff's Motion for Award of Attorney Fees under the Equal Access to Justice Act, Plaintiff's Brief in support thereof, and Defendant's Response thereto advising that Plaintiff's Motion is unopposed, finds that Plaintiff's Motion is well taken and should be granted. Accordingly, it is hereby ORDERED that the Defendant shall pay an attorney's fee of $4,101.38 under the Equal Access to Justice Act.

IT IS THEREFORE ORDERED AND ADJUDGED that the Defendant Commissioner of Social Security shall pay to Plaintiff the sum of $4,101.38 for attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). This award shall be made payable to Plaintiff, subject to any legitimate offset for indebtedness owed by the Plaintiff to the United States of America, and delivered to Plaintiff's attorney of record. *See* 31 U.S.C. §§ 3711, 3716; *Astrue v. Ratliff,* 560 U.S. 586, 593 (2010); *Jackson v. Astrue,* 705 F.3d 527, 531 n.11 (5th Cir. 2013) (citing *McGraw v. Barnhart,* 450 F.3d 493, 503 (10th Cir. 2006). In the event that there is a debt owed by the Plaintiff under the Treasury Department's Offset Program prior to

the foregoing award being issued, any remaining EAJA fees, after offset, shall be paid by check(s) made payable directly to Plaintiff and delivered to Plaintiff's attorney of record.

SO ORDERED this the 17th day of November, 2021.

                                                                               _____
UNITED STATES DISTRICT JUDGE